IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW JONES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23-1868 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| PA STATE POLICE DEPT. TROOP B, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(B) and (C), and Local Rule of Civil Procedure 72.

On November 21, 2023, the Magistrate Judge issued a Report (Doc. 6) recommending that this action be pre-service dismissed under 28 U.S.C. § 1915(e)(2)(B), and that the dismissal be with prejudice as amendment would be futile. Service of the Report and Recommendation ("R&R") has been made on Plaintiff, and he has filed objections. *See* Doc. 7.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is dismissed with prejudice and the Magistrate Judge's R&R (Doc. 6) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


December 21, 2023                                   s/Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via First-Class U.S. Mail):

Matthew Jones
11366 Sussex Highway
Greenwood, DE 19950